UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| William Martin,<br><br>    Petitioner<br><br>v.<br><br>Nethanjah Breitenbach, *et al.*,<br><br>    Respondents. | Case No.: 3:24-cv-00235-ART-CLB<br><br>Order Granting Extension of Time to File an Amended Petition to April 1, 2025<br><br>(ECF No. 14) |

William Martin asks the Court for an extension of time to file an amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 14.) Good cause appearing,

It is ordered that Petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 14) is GRANTED** *nunc pro tunc.* **The deadline is extended to April 1, 2025**.

Dated this 17th day of December 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE