UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| William Martin,<br><br>　　Petitioner<br><br>v.<br><br>Nethanjah Breitenbach, *et al.*,<br><br>　　Respondents. | Case No.: 3:24-cv-00235-ART-CLB<br><br>Order Granting Extension of Time to File an Amended Petition to<br>June 2, 2025<br><br>(ECF No. 16) |

　　Through his counsel the Federal Public Defender, William Martin asks the Court for an extension of time to file an amended 28 U.S.C. € 2254 petition for writ of habeas corpus. (ECF No. 16.) Good cause appearing,

　　It is ordered that Petitioner's unopposed motion for extension of time to file an amended petition **(ECF No. 16) is GRANTED** *nunc pro tunc*. **The deadline is extended to June 2, 2025**.

Dated this 4th day of April 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE