UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MARTIN,<br><br>    Petitioner<br><br>v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>    Respondents. | Case No.: 3:24-cv-00235-ART-CLB<br><br>Order Granting Extension of Time to File Response to Amended Petition to September 30, 2025<br><br>(ECF No. 19) |

Respondents ask the Court for an extension of time to respond to William Martin's amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 19.) Good cause appearing,

It is ordered that Petitioner's unopposed motion for extension of time to file a response to the amended petition **(ECF No. 19) is GRANTED** *nunc pro tunc.* **The deadline is extended to September 30, 2025**.

Dated this 6th day of August 2025.

_____
ANNE R. TRAUM
UNITEDSTATES DISTRICT JUDGE