UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| William Martin, | Case No.: 3:24-cv-00235-ART-CLB |
|---|---|
| Petitioner | Order Granting Extension of Time to File Response to Amended Petition to November 14, 2025 |
| v. | |
| Nethanjah Breitenbach, *et al.*, | (ECF No. 21) |
| Respondents. | |

Respondents ask the Court for an extension of time to file a response to William Martin's amended 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 21.) Good cause appearing,

It is ordered that Respondents' motion for extension of time to file a response to the amended petition **(ECF No. 21) is GRANTED** *nunc pro tunc.* **The deadline is extended to November 14, 2025**.

Dated this 1st day of October 2025.

_____
ANNE R. TRAUM
UNITEDSTATES DISTRICT JUDGE