UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MARTIN, | Case No. 3:24-cv-00235-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, | |
| Respondent. | |

Before this Court is Petitioner William Martin's unopposed motion for a 45-day extension of time to file his opposition to the motion to dismiss. (ECF No. 31.) This is Martin's first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

Also before the Court is Respondents' motion to seal exhibits. (ECF No. 27). Respondents seeks leave to file 2 exhibits under seal: Martin's Presentence Investigation Report (ECF No. 28-1) and Martin's Supplemental Presentence Investigation Report (ECF No. 28-2.) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Martin's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 31) is granted. Martin has up to and including February 12, 2026, to file his opposition.

It is further ordered that the motion to seal exhibits (ECF No. 27) is granted. Exhibits 32 and 33 (ECF Nos. 28-1 and 28-2) are considered properly filed under seal.

1 | DATED THIS 7th day of January 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE