UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM MARTIN, | Case No. 3:24-cv-00235-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, | |
| Respondent. | |

Before this Court is Respondents' unopposed motion for a 32-day extension of time to file their reply to the motion to dismiss. (ECF No. 34.) This is Respondents' first request for an extension of this deadline. The Court finds that good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 34) is granted. Respondents have up to and including March 23, 2026, to file their reply.

DATED THIS 19th day of February 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1